THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MARTHA VATIDES, Appellant.

Submitted November 15, 1940; decided December 3, 1940.

*Selig Lenefsky* for appellant.

*Thomas E. Dewey, District Attorney (Charles W. Manning* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.